**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7475

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

GARY MAYNARD; JOYCE LAWTON; COCIE RUSHTON,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Margaret B. Seymour, District Judge. (CA-02-321-8-24BD)

Submitted: January 27, 2005          Decided: February 3, 2005

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Micheal F. Dehoney, Appellant Pro Se. John Evans James, III, LEE, ERTER, WILSON, JAMES, HOLLER & SMITH, LLC, Sumter, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael F. Dehoney appeals the district court's order denying relief on his motion to reconsider, under Fed. R. Civ. P. 60(b)(5), the denial of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dehoney v. Maynard, No. CA-02-321-8-24BD (D.S.C. Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED